## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Richard Garrett Staples, | ) | Case No. 4:13-cr-118 |
| | ) | |
| Defendant. | ) | |

On November 28, 2023, the court issued an order conditionally releasing Defendant pending further proceedings. Defendant shall have until December 1, 2023, to contact the United States Marshals Service at (701) 333-0660 to arrange for processing.

**IT IS SO ORDERED.**

Dated this 28th day of November, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
